DALE J. GIALI (SBN 150382)
 *dgiali@mayerbrown.com*
KERI E. BORDERS (SBN 194015)
 *kborders@mayerbrown.com*
REBECCA B. JOHNS (SBN 293989)
 *rjohns@mayerbrown.com*
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone:  213.229.9500
Facsimile:   213.625.0248

*Attorneys for Defendants CAMPBELL SOUP COMPANY AND Y&R*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENSE SIMS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMPBELL SOUP COMPANY, a New Jersey Corporation; and Y&R, a New York Corporation,<br><br>Defendants. | Case No. 5:18-cv-00668-PSG-SP<br><br>Hon. Philip S. Gutierrez<br><br>**STIPULATION TO EXTEND DEFENDANTS CAMPBELL SOUP COMPANY AND Y&R'S TIME TO FILE AN ANSWER TO PLAINTIFF'S INITIAL COMPLAINT**<br><br>Complaint served: April 23, 2018<br>Current response deadline: October 9, 2018<br>New response deadline: October 11, 2018<br><br>[Declaration of Dale J. Giali and [Proposed] Order Filed Concurrently] |

# **STIPULATION**

Plaintiff Hortense Sims ("Plaintiff") and Defendants Campbell Soup Company and Y&R ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on April 2, 2018, Plaintiff commenced this action by filing her initial Complaint in this Court;

WHEREAS, on April 23, 2018, Plaintiff personally served a copy of the Summons and Complaint upon Defendants;

WHEREAS, on June 13, 2018, Defendants filed their Motion to Dismiss;

WHEREAS, on September 24, 2018, the Court issued an Order granting in part and denying in part Defendants' Motion to Dismiss. As part of that Order, the Court granted Plaintiff leave to amend as to certain of her claims. The Court set the deadline by which Plaintiff must file an Amended Complaint for October 26, 2018;

WHEREAS, Defendants' deadline to file an Answer is currently October 9, 2018;

WHEREAS, counsel for Plaintiff and counsel for Defendants discussed delaying the filing of Defendants' Answer to the initial Complaint in the interest of efficiency until after the deadline to file an Amended Complaint had elapsed,

WHEREAS, on October 5, 2018, counsel for Plaintiff stated that Plaintiff would not amend her Complaint;

WHEREAS, on October 5, 2018, counsel for Defendants asked for, and counsel for Plaintiff agreed to, a short two-day extension to draft and file their Answer in light of learning that Plaintiff would not amend her initial Complaint; and

WHEREAS, the Parties agree that it is therefore appropriate to extend the Defendants' time to file an Answer to the initial Complaint for an additional two

1

STIPULATION TO EXTEND DEFENDANTS CAMPBELL SOUP COMPANY AND Y&R'S TIME TO FILE AN ANSWER TO PLAINTIFF'S INITIAL COMPLAINT; CASE NO. 5:18-cv-00668-PSG-SP

days until and including October 11, 2018.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that:

1. Defendants' deadline to file an Answer to Plaintiff's initial Complaint shall be extended from October 9, 2018 to October 11, 2018.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: October 8, 2018   By: */s/Michael T. Houchin*
Michael T. Houchin
LAW OFFICES OF RONALD A. MARRON APLC

*Attorney for Plaintiff*
HORTENSE SIMS

Respectfully submitted,

DATED: October 8, 2018   By: */s/ Dale J. Giali*
Dale J. Giali
MAYER BROWN LLP

*Attorney for Defendants*
CAMPBELL SOUP COMPANY AND Y&R

# **ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4 regarding signatures, I, Dale J. Giali, attest that concurrence in the filing of this document has been obtained by all its signatories.

　　　　　　　　　　　　　　　　　　　*/s/ Dale. J. Giali*
　　　　　　　　　　　　　　　　　　　　Dale J. Giali

3