DALE J. GIALI (SBN 150382)
 dgiali@mayerbrown.com
KERI E. BORDERS (SBN 194015)
 kborders@mayerbrown.com
REBECCA B. JOHNS (SBN 293989)
 rjohns@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone:  213.229.9500
Facsimile:   213.625.0248

*Attorneys for Defendants CAMPBELL SOUP COMPANY AND Y&R*

E-FILED 10/11/18

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENSE SIMS, on behalf of herself all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMPBELL SOUP COMPANY, a New Jersey Corporation; and Y&R, a New York Corporation,<br><br>Defendants. | Case No. 5:18-cv-00668-PSG-SP<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS CAMPBELL SOUP COMPANY AND Y&R'S TIME TO FILE AN ANSWER TO PLAINTIFF'S INITIAL COMPLAINT**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>[Stipulation and Declaration of Dale J. Giali Filed Concurrently] |

# [PROPOSED] ORDER

Upon consideration of the Parties' Stipulation to extend the Defendants' time to file an Answer to Plaintiff's initial Complaint, and for good cause shown, the Parties' Stipulation is GRANTED.

IT IS HEREBY ORDERED that:

1. Defendants' deadline to file an Answer to Plaintiff's initial Complaint is extended from October 9, 2018 to October 11, 2018.

**IT IS SO ORDERED.**

Dated:  10/10/18                                       By: __PHILIP S. GUTIERREZ__
                                                              Hon. Philip S. Gutierrez