| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | LAW OFFICE OF RONALD A. MARRON<br>Ronald A. Marron (SBN 175650)<br>  *ron@consumersadvocates.com*<br>Michael T. Houchin (SBN 305541)<br>  *mike@consumersadvocates.com*<br>651 Arroyo Drive<br>San Diego, California 92103<br>Telephone:  (619) 696-9006<br>Facsimile:  (619) 564-6665 |

E-FILED 11/30/18

JS-6

Attorney for Plaintiff
HORTENSE SIMS

MAYER BROWN LLP
Dale J. Giali (SBN 150382)
  *dgiali@mayerbrown.com*
Keri E. Borders (SBN 194015)
  *kborders@mayerbrown.com*
Rebecca B. Johns (SBN 293989)
  *rjohns@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:  (213) 625-0248

Attorneys for Defendants
CAMPBELL SOUP COMPANY and Y&R

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENSE SIMS, on behalf of herself all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CAMPBELL SOUP COMPANY, a New Jersey Corporation; and Y&R, a New York Corporation,<br><br>    Defendants. | Case No. 5:18-cv-00668-PSG-SP<br><br>Hon. Philip S. Gutierrez<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** ; ORDER |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action with prejudice with each side bearing its fees and costs.

Respectfully submitted,

DATED: November 28, 2018    By: */s/ Michael T. Houchin*
Michael T. Houchin
LAW OFFICES OF RONALD A. MARRON APLC

*Attorney for Plaintiff*
HORTENSE SIMS

Respectfully submitted,

DATED:  November 28, 2018    By:  */s/ Dale J. Giali*
Dale J. Giali
MAYER BROWN LLP

*Attorney for Defendants*
CAMPBELL SOUP COMPANY and Y&R

## **ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4 regarding signatures, I, Dale J. Giali, attest that concurrence in the filing of this document has been obtained by all its signatories.

*/s/ Dale J. Giali*

**IT IS SO ORDERED.**

**DATED:** 11/30/18

_____
**U.S. DISTRICT JUDGE**